No. 02–9076. CARRILLO-CRUZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–9079. SHUMAKE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–9081. ASTORE, AKA BEDSAUL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–9082. VELASQUEZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–9083. ZOLICOFFER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–9085. ANHOCK *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 02–9093. MORENO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–9099. MASON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–9100. JACKSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–9101. DEMPSEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–9102. DULANEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–9107. MUNOZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–9109. DESANGES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–9120. CALDWELL *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 02–9129. GANSER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–9138. EVANS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.